UNITED CALIFORNIA BANK (Successor to First Western Bank and Trust Company, by merger), a corporation Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 19451.

United States Court of Appeals Ninth Circuit.

Jan. 19, 1965.

Koster, Kohlmeier & Graham, and George H. Koster, San Francisco, Cal., for petitioner.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Donald W. Williamson, Jr., and Robert Golten, Attorneys, Dept. of Justice, Tax Division, Washington, D. C., for respondent.

Before HAMLEY, DUNIWAY and ELY, Circuit Judges.

PER CURIAM.

In its federal income tax return for 1958, First Western Bank and Trust Company claimed a loss deductible under sections 165 and 167 of the Internal Revenue Code of 1954 by reason of the asserted abandonment of a building located on its property at 526 California Street, San Francisco. The Commissioner of Internal Revenue disallowed the deduction and accordingly determined a deficiency in income tax for 1958 in the amount of $137,333.85.

United California Bank, successor to First Western Bank and Trust Company, thereupon petitioned the Tax Court of the United States to redetermine the deficiency. The Tax Court did so and thereafter entered its findings of fact and opinion sustaining the Commissioner's determination. 41 T.C. 437. United California then petitioned this court to review the decision of the Tax Court.

We have done so, and we affirm the decision of the Tax Court for the reasons stated in the reported decision of that court.

The POSTER EXCHANGE, INC., Appellant,

v.

PARAMOUNT FILM DIST. CORP. et al., Appellees.

No. 21318.

United States Court of Appeals Fifth Circuit.

Jan. 22, 1965.

Francis T. Anderson, Philadelphia, Pa., Nolan B. Harmon, Atlanta, Ga., for appellant.

Robert S. Sams, Atlanta, Ga., Walter S. Beck, New York City, Tench C. Coxe, Troutman, Sams, Schroder & Lockerman, Atlanta, Ga., for appellees.

Gambrell, Harlan, Russell & Moye, Atlanta, Ga., Phillips, Nizer, Benjamin, Krim & Ballon, New York City, for appellee National Screen Service Corp.

Before WISDOM and GEWIN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

This is an appeal from a summary judgment which was entered against plaintiff-appellant in a private antitrust action seeking treble damages for an alleged violation of the Sherman Act. We have carefully reviewed the record and conclude that the trial court committed no error.[1]

The judgment is affirmed, D.C., 35 F.R.D. 558.

1. See Fed.R.Civ.P. 56(e); Dressler v. M. V. Sandpiper, 331 F.2d 130 (2 Cir. 1964).